UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ROBERT HAMM,

    Plaintiff,

v.          05-CV-3005

RICK SHEPARD,
MR. BINO WHITE and
LOGAN CORRECTIONAL CENTER

    Defendants.

## Order

Before the Court is defendants' motion for sanctions under Fed. R. Civ. P. 37 because the plaintiff failed to appear at his deposition, which was noticed up on or around December 15, 2005. The plaintiff has failed to keep the defendants or the court apprised of his current address, which appears now to be back in prison for failing to register as a sex offender. The plaintiff has not responded nor has he filed anything with the court since his change of address last June. It is not the job of this court nor the defendants to search for the plaintiff's current whereabouts. The plaintiff was warned that failure to keep the court apprised of his current address would result in dismissal of the case. He has apparently lost interest in pursuing this case.

IT IS THEREFORE ORDERED that this case is dismissed pursuant to Fed. R. Civ. P. 41(b), without prejudice, for the plaintiff's failure to keep the court and the defendants apprised of his current address, for failing to appear at his deposition, and for failing to respond to the defendants' motion for sanctions. All pending motions are denied and this case is terminated, parties to bear their own costs.

Entered this 27th Day of January, 2006.

                **s\Harold A. Baker**
                _____
                HAROLD A. BAKER
                UNITED STATES DISTRICT JUDGE